■ In the Matter of WALDON WALKER, Respondent, v WALTER R. KELLY, as Superintendent of Attica Correctional Facility, et al., Appellants.—Judgment unanimously affirmed *(see, Matter*

*of Lahey v Kelly,* 125 AD2d 923, *lv granted* 69 NY2d 608). (Appeal from judgment of Supreme Court, Wyoming County, Dadd, J.—art 78.) Present—Doerr, J. P., Boomer, Green, Pine and Balio, JJ.